NUMBERS 13-03-606-CR and 13-03-607-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


DERRICK PUMPHREY, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from County Criminal Court at Law No. 7 


of Harris County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Rodriguez, and Garza


Opinion Per Curiam



 Appellant, DERRICK PUMPHREY, perfected appeals from judgments entered by
County Criminal Court at Law No. 7 of Harris County, Texas, in cause numbers
1161974 and 1163833. Appellant has filed a motion to dismiss the appeals. The
motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeals, is of the opinion that appellant's motion to dismiss the appeals
should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Opinion delivered and filed this

the 6th day of November, 2003.